UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ANN CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HORACE MANN INSURANCE COMPANY,<br><br>　　　　Defendant. | No.  2:16-cv-02252-TLN-DB<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF COMPLAINT** |

　　　　This matter is before the Court on Defendant Horace Mann Insurance Company's ("Defendant") Motion for Partial Dismissal of Complaint (ECF No. 6) filed on October 17, 2016. After the Court issued two Orders to Show Cause for Plaintiff Carrie Ann Clark's ("Plaintiff") continued failure to file an opposition, Plaintiff filed a Statement of Non-Opposition on December 29, 2016.  (ECF No. 20.)  Defendant seeks to dismiss Plaintiff's Cause of action for violation of the Americans with Disability Act ("ADA").  In light of Plaintiff's statement of non-opposition, the ADA claim is hereby DISMISSED WITHOUT PREJUDICE.  Plaintiff is granted thirty (30) days leave to amend the complaint to fix the deficiencies in the ADA claim.

　　　　IT IS SO ORDERED.

Dated: January 4, 2017

Troy L. Nunley
United States District Judge

1