UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE ANN CLARK,<br><br>Plaintiff,<br><br>v.<br><br>HORACE MANN INSURANCE COMPANY,<br><br>Defendant. | No. 2:16-cv-2252 TLN DB<br><br><br>ORDER |

This action came before the court on May 18, 2018, for hearing of defendant's motion to compel. (ECF No. 42.) Attorney Robin Coker appeared telephonically on behalf of the plaintiff. Attorney Brian O'Conner appeared in person on behalf of the defendant. On May 22, 2018, the undersigned issued an order granting defendant's motion to compel, ordering plaintiff to provide defendant discovery responses within twenty-one days, and ordering plaintiff's counsel to pay defendant $2,430 in sanctions within twenty-one days. (ECF No. 46.)

On July 17, 2018, defendant filed a motion for sanctions due to plaintiff's failure to comply with the May 22, 2018 order. (ECF No. 47.) That motion seeks terminating and/or evidentiary sanctions, as well as an additional $2,940 in monetary sanctions. The motion is noticed for hearing before the undersigned on August 3, 2018. Despite the serious nature of the

////

1

allegations and relief sought by defendant's motion, plaintiff has failed to file any response to defendant's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order plaintiff show cause in writing providing good cause for plaintiff's conduct. Plaintiff filing shall also address why the undersigned should not issue monetary sanctions, in addition to those sought by defendant, against plaintiff's counsel for counsel's failure to comply with the undersigned's May 22, 2018 order;

2. Within fourteen days of the date of this order plaintiff's counsel shall serve on plaintiff a copy of defendant's July 17, 2018 motion as well as a copy of this order and file proof of service;

3. The August 3, 2018 hearing of defendant's motion for sanctions (ECF No. 47) is continued to **Friday, August 31, 2018, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned;

4. On or before **August 17, 2018**, plaintiff shall file a statement of opposition or non-opposition to defendant's motion; and

5. Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

Dated: July 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\clark2252.osc.cont.hrg.ord

2